IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP MATEEGA,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS,<br><br>*Defendant*. | Case No. 2:21-cv-02192-JDW |

# ORDER

**AND NOW**, this 30th day of July, 2021, upon consideration of Plaintiff Philip Mateega's Complaint (ECF No. 1), and the accompanying filings, it is **ORDERED** as follows:

1. Mr. Mateega's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's accompanying Memorandum;

2. Mr. Mateega's Request for Appointment of Attorney (ECF No. 8) and his Motion for Leave to Submit an Overview (ECF No. 15) are **DENIED AS MOOT**;

3. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**